# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**KELLIE STEWART**                                                                **PLAINTIFF**

**VS.**                        **No. 2:25-cv-00242 LPR/PSH**

**COMMISSIONER,**
   **Social Security Administration**                                        **DEFENDANT**

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge Lee P. Rudofsky.  You may file written objections to all or part of this Recommendation.  If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court Clerk within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Defendant Commissioner of Social Security ("Commissioner"), in his unopposed motion for voluntary remand (Doc. No. 9) requests this case be reversed and remanded for further administrative proceedings.  For good cause, the Court

recommends that the unopposed motion to reverse and remand be granted.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO RECOMMENDED this 13th day of April, 2026.

_____
UNITED STATES MAGISTRATE JUDGE