**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**KELLIE STEWART**                                                                   **PLAINTIFF**

**v.**                                        **Case No. 2:25-cv-00242-LPR**

**COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION**                                              **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 10). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD and careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Defendant's Unopposed Motion to Remand (Doc. 9) is GRANTED, and this case is reversed and remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 30th day of April 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE