**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**KELLIE STEWART**                                                          **PLAINTIFF**

**v.**                                   **Case No. 2:25-cv-00242-LPR**

**COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION**                                          **DEFENDANT**

**JUDGMENT**

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings.  Judgment is entered in favor of the Plaintiff.  This is a "sentence four" remand under 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ADJUDGED this 30th day of April 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE